THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Issac Frederick,       
Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-605 
Submitted August 20, 2003  Filed October 20, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Walter M. Bailey, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM: Isaac Frederick appeals from 
 his guilty plea to distribution of crack, possession of crack, and possession 
 with intent to distribute marijuana.  Frederick contends the trial judge erred 
 by accepting his guilty plea before ascertaining whether Frederick understood 
 the facts of the case in relationship to the applicable law. Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Fredericks counsel attached to the 
 brief a petition to be relieved as counsel, stating he reviewed the record and 
 concluded Fredericks appeal lacks merit.  Frederick did not file a separate 
 pro se brief.  After a thorough review of the record and counsels brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Fredericks appeal and grant 
 counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON,
JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.